FILED
CLERK, U.S. DISTRICT COURT

MAR 2 0 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>MICHAEL MCLAUGHLIN, )<br><br>Defendant. ) | CASE NO. MJ 15-00507<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Southern District of Texas involving alleged violations of conditions of probation/supervised release:

    1. The court finds that no condition or combination of conditions will reasonably assure:

        A. ( ✓ )  the appearance of defendant as required; and/or

        B. ( ✓ )  the safety of any person or the community.

    2. The Court concludes:

        A. ( ✓ )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_nature of the offenses; extensive criminal history_

_____

_____

_____

B. ( ✓ )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _absconder status_

_____

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: March 20, 2015

_Alicia J. Rosenberg_
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE